UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-00183-F

| | | |
|---|---|---|
| VAN CALVIN FLEMING, III, and <br> JUDY McLAWHORN FLEMING <br>       Plaintiffs, <br><br> v. <br><br> DePUY ORTHOPAEDICS, INC., *et al.*, <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER** |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 20th day of August, 2012.

_____
JAMES C. FOX
Senior United States District Judge